DANIEL J. BRODERICK, #89424
Federal Defender
LINDA HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
SAGE KAVENY
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
Michael Irby


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-MJ-291 KJN |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | COURT TRIAL |
| | ) | |
| MICHAEL IRBY, | ) | |
| | ) | Date:  October 24, 2011 |
| Defendant. | ) | Time:  9:00 A.M. |
| | ) | Judge: Hon. Kendall J. Newman |
| _____ | ) | |

       The United States Attorney through his respective counsel, David Petersen, Special Assistant

United States Attorney, and Linda Harter, Attorney for Defendant MICHAEL IRBY, hereby stipulate to

 continue the court trial set for Monday, October 24, 2011 at 9:00am.

/ / /

/ / /

/ / /

/ / /

/ / /

The defendant is charged with 38 U.S.C. § 901 and 38 C.F.R. § 1.218(b)(18) - Unauthorized Introduction of Narcotic on Veteran Affair Property, a Class B Misdemeanor, and may be physically incapable of withstanding trial.  Defense counsel is consulting with an MD to get an evaluation of his condition.

Accordingly, the parties jointly request that a new trial date be set for Monday, December 19, 2011 at 9:00am.


Dated:  October 18, 2011

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MICHAEL IRBY

Dated:  October 18, 2011

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ David Petersen
                                        DAVID PETERSEN
                                        Special Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated:  October 19, 2011




                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE