```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DAVID A. PETERSEN
    NICHOLAS M. FOGG
 3  Special Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-mj-291 KJN |
| ) | |
| Plaintiff, ) | ORDER VACATING SUPPLEMENTAL |
| ) | BRIEFING DEADLINE; AND RESETTING |
| ) | THE 12/29/2011 HEARING FOR A |
| ) | CHANGE OF PLEA |
| ) | |
| MICHAEL IRBY, ) | DATE: December 29, 2011 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Kendall J. Newman |
| _____ ) | |

It is hereby ordered that the parties' stipulation to vacate the deadline to submit briefs; requesting that no verdict be entered; withdrawing the defendant's Motion for Judgment of Acquittal; and setting the matter for a Change of Plea on December 29, 2011, at 9:00 a.m., is GRANTED.

IT IS SO ORDERED.

Dated: December 23, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE